

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2019

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-5-19

**BY ECF**

The Honorable Andrew J. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. David Taylor, et al.*, S4 17 Cr. 390 (ALC)

Dear Judge Carter:

It is with great sadness that the Government writes to inform the Court that Charles Carnesi, Esq., counsel for defendant David Taylor, passed away on February 27, 2019. The defendant's sentencing is currently scheduled for April 5, 2019. The Government requests that the Court schedule a conference as soon as possible to determine the defendant's eligibility for court-appointed counsel.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Kiersten A. Fletcher
Nicolas Roos
Justin V. Rodriguez
Assistant United States Attorneys
(212) 637-2238/2421/2591

Status conference set for 3-7-19 at 4:00 p.m.
So Ordered.
*Andrew L. Carter, Jr.*
3-5-19