| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __6/16/2020__ |

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
USA,                                                                :
                                                                    :
                                   Plaintiff,                       :
                                                                    :    1:17-CR-00390-ALC-1
            -against-                                               :
                                                                    :    ORDER
TAYLOR, ET. AL.,                                                    :
                                                                    :
                                   Defendants.                      :
                                                                    :
------------------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby ORDERED to submit a joint status report to the Court on or before June 26, 2020.

**SO ORDERED.**

**Dated:**       **New York, New York**
                **June 16, 2020**

                                        _/s/ Andrew L. Carter, Jr._
                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**