**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __7/9/2020__

**UNITED STATES,**

**Plaintiff,**

**-against-**

**DAVID TAYLOR, ET AL.,**

**Defendants.**

**1:17-CR-00390-ALC-1**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' Joint Status Report regards the evaluation of Mr.

Taylor. The Government is directed to file a supplemental letter regarding the location of Mr.

Taylor's examination, including the likelihood that a BOP examination would result in Mr.

Taylor being transferred to a BOP facility. Such letter must be filed on or before July 14, 2020.

**SO ORDERED.**

**Dated**:     **July 9, 2020**
            **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**