USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/17/2020____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES,**

       **Plaintiff,**

 **-against-**

**DAVID TAYLOR, ET AL.,**

       **Defendants.**

**1:17-CR-0039-ALC-1**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Government's letter regarding an evaluation to determine the mental competency of Mr. Taylor pursuant to 18 U.S.C. § 4241(a)-(b). ECF No. 252. The Court appoints Daniel Mundy as a neutral expert to evaluate Mr. Taylor and submit a psychiatric or psychological report pursuant to 18 U.S.C. § 4247(b)-(c). Such report should be submitted by or before August 19, 2020. The Court will pay the hourly rate indicated in the Government's letter.

**SO ORDERED.**
 **Dated**: **July 17, 2020**
     **New York, New York**

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**