

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2020

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
New York, New York 10007

    Re:   *United States v. David Taylor*, **S4 17 Cr. 390 (ALC)**

Dear Judge Carter:

    Pursuant to the Court's August 24, 2020, order, the parties jointly write to update the Court on the status of the proceeding against defendant David Taylor. The parties have reviewed the report by the Court-appointed competency expert. Based on the findings in the report, the Government is assessing whether it will continue with the prosecution in this matter, and defense counsel is assessing what type of care will be available for the defendant if he is released from the custody of the United States Marshal Service. The parties respectfully request that they be permitted to update the Court on these matters within three weeks.

|  |  |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: /s/ | AUDREY STRAUSS |
|    MEGAN WOLFE BENETT, Esq. | Acting United States Attorney for the |
|    Attorney for defendant David Taylor | Southern District of New York |
|    750 Third Avenue, 32nd Floor |  |
|    New York, New York 10017 | By: /s/ |
|    Tel.: (212) 973-3406 |    Kiersten A. Fletcher |
|    Fax: (212) 972-9432 |    Nicolas Roos |
|    Email: mbenett@kreindler.com |    Justin V. Rodriguez |
|  |    Assistant United States Attorneys |
|  |    (212) 637-2238 |