UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

UNITED STATES OF AMERICA      :

                            :  **NOLLE PROSEQUI**

     - v. -                        :

                            :  S4 17 Cr. 390 (ALC)

DAVID TAYLOR,                  :

                  Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

1. The filing of this *nolle prosequi* will dispose of the charges filed against defendant David Taylor in this case.

2. On February 6, 2018, Taylor was charged in a single-count Superseding Indictment, S4 17 Cr. 390 (the "Indictment"), with participating in a conspiracy to distribute and possess with intent to distribute oxycodone, in violation of Title 21, United States Code, Section 846.

3. On December 6, 2018, Taylor was convicted following a jury trial of participating in a conspiracy to distribute and possess with intent to distribute oxycodone, in violation of Title 21, United States Code, Section 846. On February 5, 2020, Taylor was scheduled to be sentenced. On that date, defense counsel raised the issue of whether Taylor was competent to be sentenced, and the Court adjourned the sentencing so that an evaluation of the defendant could be conducted.

4. Based on information subsequently obtained through the evaluation of the defendant pertaining to his mental competency, the Government has concluded that further prosecution of Taylor, who remains pending sentencing, would not be in the interests of justice.

1

5. In light of the foregoing, the Government requests that an order of *nolle prosequi* be filed as to Taylor with respect to the Indictment and all underlying indictments filed in this case.

Dated: New York, New York
October 6, 2020

_____
Nicolas Roos
Assistant United States Attorney
(212) 637-2421

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant David Taylor with respect to Superseding Indictment S4 17 Cr. 390 and all underlying indictments filed in this case.

_____
AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

Dated: New York, New York
September 30, 2020

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER
United States District Judge
Southern District of New York

Dated: New York, New York
_____, 2020